UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW ORSO, as Successor
Trustee to Kenneth D. Bell in his
Capacity as Court-appointed
Receiver for Rex Venture Group, LLC,

    Plaintiff,

v.

RODNEY ROCKWELL,

    Defendant,
_____/

Case No. 8:21-mc-72-WFJ-AAS

## ORDER

In this proceeding to register a foreign judgment, the Court considers Defendant Mr. Rockwell's claims of exemption from garnishment (Dkts. 25, 26), Plaintiff's notices voluntarily dissolving the writs of garnishment (Dkts. 27—as to Truist Bank, 28—as to JPMorgan Chase Bank. N.A.), and the well-reasoned report of the United States Magistrate Judge recommending dissolution of the writs of garnishment (Dkt. 29). Instead of filing objections, Plaintiff timely filed the notices voluntarily dissolving the writs. Dkts. 27, 28. After an independent review of the file, the Court **ORDERS** as follows:

    1. The Report and Recommendation (Dkt. 29) is adopted, affirmed, and approved in all respects and is made a part of this order for all purposes.

2. The Clerk is directed to dissolve the writs at dockets 17 (JPMorgan) and 18 (Truist) and notify the parties of the dissolution by mail.

3. Mr. Rockwell's claims of exemption from garnishment (Dkts. 25, 26) are denied as moot in light of the dissolution.

**DONE AND ORDERED** at Tampa, Florida, on October 24, 2022.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel of record